IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:06CR1 |
| ) | |
| v. ) | |
| ) | |
| JOHN DEWEY LIM, ) | ORDER |
| ) | |
| Defendant. ) | |

      Before the court is defendant's Unopposed Motion (Filing No. 30) to Extend Time for Filing of Appeal of Magistrate Judge's Order (Filing No. 28). After considering the matter, the court will grant the motion.

      IT IS ORDERED that the defendant is granted an extension of time until **April 14, 2006,** in which to file an appeal of Filing No. 28. The ends of justice will be served by granting such a motion and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of granting of the motion, the time between March 30, 2006, and April 14, 2006, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case, and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

      DATED this 3rd day of April, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge